No. 24-3970

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

REARDEN, LLC and REARDEN MOVA, LLC,
*Plaintiffs-Appellants*,

v.

WALT DISNEY PICTURES, a California corporation,
*Defendant-Appellee*.

On Appeal from the United States District Court
Northern District of California, Oakland
The Honorable Jon S. Tigar
4:17-cv-04006-JST

## APPELLANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE PETITION FOR PANEL AND/OR *EN BANC* REHEARING

| | |
|---|---|
| Steve W. Berman | Rio Pierce |
| Mark S. Carlson | HAGENS BERMAN SOBOL |
| Jerrod C. Patterson | SHAPIRO LLP |
| HAGENS BERMAN SOBOL | 715 Hearst Avenue, Suite 202 |
| SHAPIRO LLP | Berkeley, CA 94710 |
| 1301 Second Avenue, Suite 2000 | Telephone: (510) 725-3000 |
| Seattle, WA 98101 | riop@hbsslaw.com |
| Telephone: (206) 623-7292 | |
| steve@hbsslaw.com | |
| markc@hbsslaw.com | |
| jerrodp@hbsslaw.com | |

*Counsel for Plaintiffs-Appellants*

-1-

Pursuant to Fed. R. App. Proc. 27(a), Plaintiff-Appellants Rearden, LLC and Rearden MOVA, LLC, respectfully move for a 30-day extension of time to file a petition for panel and/or *en banc* rehearing. Any petition is currently due by **September 25, 2025**. If this extension is granted, the petition will be due by **October 27, 2025**.

This extension of time is supported by substantial need as set forth in the accompanying Declaration of Mark S. Carlson.

Dated: September 18, 2025　　Respectfully submitted,

　　　　　　　　　　　　　　HAGENS BERMAN SOBOL SHAPIRO LLP

　　　　　　　　　　　　　　By */s/ Steve W. Berman*
　　　　　　　　　　　　　　　　Steve W. Berman

　　　　　　　　　　　　　　Mark S. Carlson
　　　　　　　　　　　　　　Jerrod C. Patterson
　　　　　　　　　　　　　　HAGENS BERMAN SOBOL SHAPIRO LLP
　　　　　　　　　　　　　　1301 Second Avenue, Suite 2000
　　　　　　　　　　　　　　Seattle, WA 98101
　　　　　　　　　　　　　　Telephone: (206) 623-7292
　　　　　　　　　　　　　　steve@hbsslaw.com
　　　　　　　　　　　　　　markc@hbsslaw.com
　　　　　　　　　　　　　　jerrodp@hbsslaw.com

Rio Pierce
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
riop@hbsslaw.com

*Counsel for Plaintiffs-Appellants*

## CERTIFICATE OF COMPLIANCE

I hereby certify that:

1. This document complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because this document contains 75 words, including 0 words manually counted in any visual images.

2. This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word 2010 in Georgia 14-point font.

Dated: September 18, 2025    Respectfully submitted,

HAGENS BERMAN SOBOL SHAPIRO LLP

By /s/ *Steve W. Berman*
    Steve W. Berman

Mark S. Carlson
Jerrod C. Patterson
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
steve@hbsslaw.com
markc@hbsslaw.com
jerrodp@hbsslaw.com

Rio Pierce
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
riop@hbsslaw.com

*Counsel for Plaintiffs-Appellants*

-4-

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate ACMS system on September 18, 2025. I certify that all participants in the case are registered ACMS users and that service will be accomplished by the appellate ACMS system.

Dated: September 18, 2025

                                                            HAGENS BERMAN SOBOL SHAPIRO LLP

                                                            */s/ Steve W. Berman*
                                                              STEVE W. BERMAN