No. 24-3970

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

---

REARDEN, LLC and REARDEN MOVA, LLC,
*Plaintiffs-Appellants*,

v.

WALT DISNEY PICTURES, a California corporation,
*Defendant-Appellee*.

---

On Appeal from the United States District Court
Northern District of California, Oakland
The Honorable Jon S. Tigar
4:17-cv-04006-JST

---

## DECLARATION OF MARK S. CARLSON IN SUPPORT OF APPELLANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE PETITION FOR PANEL AND/OR *EN BANC* REHEARING

---

| | |
|---|---|
| Steve W. Berman | Rio Pierce |
| Mark S. Carlson | HAGENS BERMAN SOBOL |
| Jerrod Patterson | SHAPIRO LLP |
| HAGENS BERMAN SOBOL | 715 Hearst Avenue, Suite 202 |
| SHAPIRO LLP | Berkeley, CA 94710 |
| 1301 Second Avenue, Suite 2000 | Telephone: (510) 725-3000 |
| Seattle, WA 98101 | riop@hbsslaw.com |
| Telephone: (206) 623-7292 | |
| steve@hbsslaw.com | |
| markc@hbsslaw.com | |
| jerrodp@hbsslaw.com | |

*Counsel for Plaintiffs-Appellants*

-1-

I, MARK S. CARLSON, declare:

1. I am an attorney with Hagens Berman Sobol Shapiro LLP, counsel of record for Plaintiff-Appellants Rearden, LLC and Rearden MOVA, LLC ("Rearden"). I make this declaration in support of Appellant's Unopposed Motion for Extension of Time to File Petition for Panel and/or *En Banc* Rehearing. If called upon to testify, I would competently testify to the following.

2. The Panel issued a Memorandum Disposition on **September 11, 2025**. Dkt. No. 52. Any petition for panel and/or *en banc* rehearing is currently due by **September 25, 2025**. *See* Fed. R. App. P. 40(d)(1).

3. As the rules permit, Rearden moves for 30 additional days to evaluate this Court's decision and decide whether to file a rehearing petition. *Id.*; *see also* Cir. R. 31-2.2(b). I am currently on a previously planned vacation in Greece, and have been out of the country since September 6, 2025. I will return on September 21, 2025. A 30-day extension will ensure meaningful consideration and time to prepare any rehearing or *en banc* petition in this important case.

4. On September 17, 2025, when advised by email of the reason for this motion, counsel for Defendant-Appellee Walt Disney Pictures, Kelly Klaus, stated that Disney does not oppose this motion.

-1-

5. No court reporter is in default as to any transcript. Rearden has exercised diligence and will file any rehearing petition within the time requested.

6. For substantial need, Rearden respectfully seeks a 30-day extension of time to file a petition for panel and/or *en banc* rehearing from **September 25, 2025**—the current due date—until **October 27, 2025**. *See* Cir. R. 31-2.2(b).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 18th day of September 2025, via email, in Hydra, Greece.

                      */s/ Mark S. Carlson*
                      MARK S. CARLSON

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate ACMS system on September 18, 2025. I certify that all participants in the case are registered ACMS users and that service will be accomplished by the appellate ACMS system.

Dated: September 18, 2025

                                          HAGENS BERMAN SOBOL SHAPIRO LLP

                                          */s/ Steve W. Berman*
                                            STEVE W. BERMAN