UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

SEP 19 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| REARDEN, LLC and REARDEN MOVA, LLC,<br><br>Plaintiffs - Appellants,<br><br>v.<br><br>WALT DISNEY PICTURES, a California corporation,<br><br>Defendant - Appellee. | No. 24-3970<br><br>D.C. No. 4:17-cv-04006-JST<br>Northern District of California, Oakland<br><br>ORDER |

Respondent's Motion to Extend Time to File a Petition for Rehearing until October 27, 2025 (DE 54) is granted.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT