UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

DEC 4 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| REARDEN, LLC and REARDEN MOVA, LLC,<br><br>  Plaintiffs - Appellants,<br><br> v.<br><br>WALT DISNEY PICTURES, a California corporation,<br><br>  Defendant - Appellee. | No. 24-3970<br><br>D.C. No. 4:17-cv-04006-JST<br>Northern District of California, Oakland<br><br>ORDER |

Before: CALLAHAN, BADE, and KOH, Circuit Judges.

 Appellants' petition for panel rehearing is DENIED. Dkt. 56.